IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 4:25cr56-13 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Quinn Howard | ) | |

### ORDER GRANTING LEAVE OF ABSENCE

Counsel, JACK MORRIS DOWNIE, having filed his Motion for Leave of Absence and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: May 27-30, 2025, June 09, 2025, June 18, 2025, June 24-26, 2025, December 14-20, 2025 is **GRANTED.**

Signed this __19th__ day of May 2025.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia